IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALIK HARRISON,<br>       *Defendant*. | Criminal No. 1:25-MJ-35<br><br><u>Count 1</u>: Possession of a Controlled Substance (Psilocyn) (21 U.S.C. § 844)<br><br>Count 2: Using Handheld Communication Device while Driving (32 C.F.R. § 234.17 *adopting* Va. Code § 46.2-818.2) |

## **CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT ONE</u>
(*Possession of a Controlled Substance, Psilocyn*)

On or about November 24, 2024, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, MALIK HARRISON, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Psilocyn, a Schedule I controlled Substance.

(In violation of Title 21, United States Code, Section 844.)

Erik S. Siebert
United States Attorney

By:           /s/
Thomas M. Kersey     VSB #93602
Special Assistant United States Attorney (Pentagon)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office     (703) 697-6664
Cell       (571) 329-1527
Email     thomas.m.kersey.civ@mail.mil

## COUNT TWO
*(Using Handheld Communication Device while Driving)*

On or about November 24, 2024, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, MALIK HARRISON, did unlawfully, knowingly and intentionally use a handheld device while driving a motor vehicle.

(In violation of Title 32, Code of Federal Regulations, Section 234.17, adopting Va. Code § 46.2-818.2.)

## **CERTIFICATE OF SERVICE**

  I certify that on February ___4___, 2025, I caused a true and accurate copy of the foregoing document, with any indicated attachments, to be served on counsel for the defendant, by emailing the same.

         By:  _____/s/_____
            Thomas M. Kersey VSB #93602
            Special Assistant United States Attorney (Pentagon)
            United States Attorney's Office
            2100 Jamieson Avenue
            Alexandria, VA 22314
            Office  (703) 697-6664
            Cell  (571) 329-1527
            Email  thomas.m.kersey.civ@mail.mil